# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| Dewayne Griffin <br><br> *Plaintiff(s)* <br> v. <br> City of New York, Michael Simmonds, Nicholas Loweth, Javier Colon, Cesia Herrera, Navdeep Kamboj, Ryan Lambert, Michael Rossides <br><br> *Defendant(s)* | Civil Action No. 23-cv-9072 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*   See attached rider.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Benjamin Notterman
> ZMO Law PLLC
> 353 Lexington Ave., Suite 900
> New York, NY 10016

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date: _____                              _____
                                                 *Signature of Clerk or Deputy Clerk*

## ALL DEFENDANTS

**City of New York**
1 Centre Street
New York, NY 10007

**Michael Simmonds**
On Police Plaza
New York, NY 10038

**Nicholas Loweth**
On Police Plaza
New York, NY 10038

**Javier Colon**
On Police Plaza
New York, NY 10038

**Cesia Herrera**
On Police Plaza
New York, NY 10038

**Navdeep Kamboj**
On Police Plaza
New York, NY 10038

**Ryan Lambert**
On Police Plaza
New York, NY 10038

**Michael Rossides**
On Police Plaza
New York, NY 10038