## _Notice of Request to Submit Electronic Evidence_

**Case Number:** 23-CV-9072 (RER) (JRC)

**Filing Party Name:** Adam Bevelacqua on behalf of the City of New York et al.

**Enter the Document number of the docket entry for which the exhibit should be linked. Enter "N/A" if not applicable.** N/A

**If the format is PDF, why hasn't it been docketed electronically?**