# ZMO Law PLLC

March 28, 2025

***Via ECF***

Hon. James R. Cho
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

RE: *Griffin v. City of New York, et al.*, 23-cv-09072 (RER) (JRC)

Dear Judge Cho:

This office represents Plaintiff Dewayne Griffin in the above-captioned matter. The parties write jointly pursuant to the Court's February 28, 2025 Order requiring the parties to provide a joint status report.

So far, the defendant officers Sgt. Nicholas Loweth and POs Javier Colon, Cesia Herrera, Navdeep Kamboj, Ryan Lambert, and Michael Rossides and Plaintiff exchanged Document Requests and Interrogatories. The parties are working together to ensure that compliance with discovery demands is complete. Furthermore, we have scheduled the depositions of four officer defendants and Plaintiff for the weeks of March 31 and April 7. We expect to complete these depositions by May.

With respect to Defendant Detective Michael Simmonds ("Det. Simmonds"), Plaintiff has not yet received Det. Simmonds's Initial Disclosures pursuant to Fed. R. Civ. P. 26(a)(1). Further, Plaintiff's counsel served Plaintiff's First Set of Interrogatories and Requests for the Production of Documents on Det. Simmonds's counsel on January 29, 2025 which, to date, also remain unanswered.

Det. Simmonds's counsel has advised Plaintiff that, due to ongoing medical issues throughout the past year and two months, Det. Simmonds has had minimal ability to participate in his own defense. Det. Simmonds's counsel has advised Plaintiff that Det. Simmonds's wife is willing to make best efforts to try to gather the paper and electronic discovery described in Plaintiff's demands on behalf of her husband. At this point, however, Det. Simmonds is in default of his discovery obligations, but the parties will continue to endeavor to bring Det. Simmonds into compliance with his discovery obligations in a timely manner.

Thank you for your attention to this matter.

353 Lexington Avenue, Suite 900 • New York, NY 10016
(212) 685-0999 • sf@zmolaw.com
www.zmolaw.com

ZMO LAW PLLC

Very truly yours,

*Shane Finn*

Shane Finn
Attorney and Counsellor at Law

cc: All counsel (via ECF)

3/28/25
Page 2