# ZMO Law PLLC

May 21, 2025

*Via ECF*

Hon. James R Cho
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    RE: *Griffin v. City of New York, et al.*, 23-cv-09072 (RER) (JRC)

Dear Judge Cho:

    This office represents Plaintiff Dewayne Griffin in the above-captioned matter. We write, with consent of defendants, to advise the Court that the case has settled. We respectfully request that the conference currently scheduled for May 28, 2025, be cancelled.

    We ask that the Court, pursuant ¶ 2 of the Stipulation and Order of Dismissal, retain jurisdiction until the settlement is effectuated.

    Thank you for your attention to this case.

                                                      Very truly yours,

                                                      *Shane Finn*

                                                      Shane Finn
                                                      Attorney and Counsellor at Law

cc: All counsel (via ECF)

353 Lexington Avenue, Suite 900 • New York, NY 10016
(212) 685-0999 • sf@zmolaw.com
www.zmolaw.com